# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

MARLIN E. WHICHARD

**FILED**
11/30/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

vs

Case Number:
1:23-cv-2168-SEB-TAB

(Full name of defendant(s))
Miami Correctional Facility
I.D.O.C
Dept. Warden G. Payne
MS. Ivers
Dr. Noe Mondaret
Dr. kuenzli
Centurian Staff RN x 2

(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of ___Indiana___, and is located at
   (State)

   4490 W. Reformatory Road, Pendleton IN 46064
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Miami Corr. Facility / I.D.O.C  (Name)
   Dept. Warden G. Payne
   Dr. Noe Mondaret
   Dr. Kuenzli
   Centurian Staff RN x 2

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)
and (if a person) resides at __Miami Corr facility Bunker Hill IN 46914__
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for __Centurion / Miami Correctional facility, Bunker Hill IN 46914__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.  ✱ All parties present at all relevant times acting under ✱ color of State law in official or individual capacity. 42.USC 12131(i)(b)

Defendant — F.D.O.C / Miami Correctional facility — Continued to allow me to be
F.D.O.C
M.C.F   exposed to harmful contaminants in water system, food sources (served by facility) or surface's, that exposure rendered my digestive system injured due to Heliocobacter Pylori - A bacteria that invades the stomach lining causing chronic pain, ulcers, endema's, etc. from 2020 - Aug. 2021 without cause known. Violating 8th amendment rights under 42 USC 1983 (And to be determined add 28.USC.1983

Defendant —  Dept. Warden, discovered via: grievance process that I tested positive
G. Payne    for H. pylori after blood draw 10-29-20 yet was not informed until 6-21-21 9.months later yet refused to act as prescribed by P.L.R.A. policy, nor investigate to determine why medical allowed me to endure pain and more symptoms so long untreated. Yet admitting by statement He had at this point knowledge of H.pylori's presence, where it was present, and thus supporting that I contracted it in M.C.F. being I was housed there from 2015 ~ 2021.
Violating 8th amendment rights under 42 USC 1983, 28 USC 1983, and acted in his official capacity under color of state law, also in his individual capacity both with deliberate indifference of serious medical Issue, by his inaction to remedy and address the delay of treatment, and after being made known without grounds to claim deniability.

Medical – Defendant, Ms. Ivers acted with deliberate indifference when made aware of the improper and harmful rendering of medications Clairimyacin, and Amoxicillian (Antibiotics) as to be taken in a specific order of prescription Amoxicillian 1x every 12 hours Clairimyacin 1x every 12 hrs, also omiprazol 1x every 24 hrs to aid antibotics effectiveness by reducing stomach acid. When Plaintiff was brought all 3 medications One time around breakfast 4:30-5:3. in the A.m. (Est.) and nurse must watch the swallowing personally of meds before leaving, then not even 8 hrs. later before lunch - 10:30 am -12:30 pm est. Plaintiff was made to swallow all three medications, For 14 days whereas treatment was later found to be ineffective. Ms. Ivers disregarded this via grievance supporting her role in acting with deliberate indifference, under 8th amendment 42 USC 1983 by not performing her duty and After being made aware made no attempt to give relief which is the purpose of the grievance process. Plaintiff further suffered by the aggressive resurgeance of H.pylory experiencing severe chronic pain from serious medical issue and it was discovered this exasperated the injury via ultrasound preformed in October 2021 showing edema of dueadenum caused by H. pylori diagnosed by specialist expert Petitioner was re-treated successfully but not without ongoing issues that affects him today and causes him to need medication that he recieves regularly (11-14-23) still. Her duty to address delay of treatment for serious medical need was ignored, after having clear knowledge, and Plaintiff possesses irrefuteable evidence in support. Thus Plaintiff obtained Injury claim

Medical, Defendant, Dr Noe Mandaret. acting in under color of state law in official And individual capacity Defendants deliberate indifference of serious medical condition caused severe and chronic pain violated 8th amendment rights under 42 USC.1983 and gave injury sufficient for complaint. Dr. Manderat ordered Blood draw for plaintiff on 10-29-23 on or around and recieved result 10-30-23 on or around after many visits and prior tests to diagnose Plaintiffs long ongoing severe chronic stomach pain (documented for several months via Medical Request). This result was positive although Defendant made no attempts to inform Plaintiff as his duty and position requires after positive results in the responsibility to render treatment of H.pylori which is documented to cause additional injury including Ulcer, & cancer when left un-treated or treatment is delayed without cause, also subjecting plaintiff to many months of daily severe stomach pain, which later caused additional documented injury from delay.

Medical Defendant Dr Kwenzli acting under color of state law in offical capacity and individual capacity, with deliberate indifference to serious medical condition violating 8th amendment and 42 USC 1983. Plaintiff sought his aid and explained his symptoms clearly, while exibiting a clear illness even a layperson would

D-6 (revised 4/20/2022)     Complaint - 3

(Cont) Statement of Claim

Def. Dr kwenzi

identify with visual inspection, on the ground of obvious pain weight loss and communication from Plaintiff. No test were ordered no medication, no diet orders, complete disregard and indifference of severe pain claims. Petitioner was sent away later to be tested positive for Severe Medical condition H. pylori.

Medical Defendants (yet to be discovered by medical records) in offical capacity and individual capacity under color of state law acted with deliberate indifference to Severe Medical condition, violating 8th Amendment under 42 USC 1983. By refusing to render adequate medical care by falsifing medical request forms to appear as if Plaintiff failed to present himself to Medical and refused help although plaintiff can show the court ficticious and unsupported statements made by them caused him further harm and denied along as delayed him medical attention for Serious Medical Need H. pylori.

All Defendants were employed at Miami Correctional facility Bunker Hill Indiana 46914

Where it applies to responsible Defendants 42 USC §300F et.seq.cir. Let the record show it is a claim by Plaintiff.

Plaintiff Has in fact exausted All Available Remedies and will establish by documentations which will serve as Plaintiffs Exibits proving all claims as fact.

Plaintiff asks for Counsel to be appointed in this Matter, And shows to be without financial resource, or education to litigate this cause personally

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
     OR   42. USC 1983

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Plaintiff seeks compensation for damages, yet wishes to recieve advisement in this matter for fear of making an error as to available Relief Plaintiff can request within limit and reason.
   Plaintiff is largely ignorant of court rules and cannot Read and comprehend to understand the full scope of this complaint unassisted.

E. JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
   OR

☐ Court Trial - I want a judge to hear my case

Dated this _____ day of _____ 20_____.

Respectfully Submitted,

_____
Signature of Plaintiff

_____1 0110 1_____
Plaintiff's Prisoner ID Number

__4490 W. Reformatory Rd__
__Pendelton IN 46064__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____ Signature of Plaintiff

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.